In the Matter of OWEN M. QUINN et al., Petitioners-Respondents.

ARCHER GUION, Receiver of Taxes of Town of Mount Pleasant, Respondent-Appellant; ELBERT T. GALLAGHER, as District Attorney of Westchester County, Respondent.

Argued October 3, 1944; decided November 16, 1944.

*Thomas D. Scoble, Jr.,* for appellants.
*Edmund H. Cox* for respondents.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.